IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SUSAN BUSCHMANN, Personal          *
Representative of the Estate of Richard    *
Buschmann, Deceased and SUSAN      *
BUSCHMANN, Individually and in Her   *
Own Right,                          *
                                    *
          Plaintiff,                *
                                    *
vs.                                 *          No. 4:01cv00347 SWW
                                    *
                                    *
                                    *
LITTLE ROCK NATIONAL AIRPORT and    *
LITTLE ROCK AIRPORT MUNICIPAL       *
AIRPORT COMMISSION,                 *
                                    *
          Defendants.               *

_____

LAURIE NELSON and STEVEN            *
NELSON, h/w, and JENNIFER BUCK      *
and LAWRENCE BUCK, h/w,             *
                                    *
          Plaintiffs,               *
                                    *
vs.                                 *          No. 4:02cv0056  SWW
                                    *
                                    *
                                    *
LITTLE ROCK NATIONAL AIRPORT and    *
LITTLE ROCK AIRPORT MUNICIPAL       *
AIRPORT COMMISSION,                 *
                                    *
          Defendants.               *

<u>ORDER</u>

Following a jury verdict in favor of plaintiff Susan Buschmann and against defendants

Little Rock Airport and Little Rock Airport Commission on June 2, 2005, plaintiff, on June 14,

2005, filed a motion for costs [doc.#167].  As there has been no response to this motion and there

has been no appeal from the jury verdict, it appears that the parties have resolved this motion.

Accordingly, plaintiff's motion for costs [doc.#167] is denied without prejudice as moot.[1]


IT IS SO ORDERED this 30th day of August, 2005.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff may refile her motion for costs within ten (10) days of the date of entry of this Order should this Court be incorrect in assuming it is moot.